## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALEXA ECCLES and JASON ECCLES, husband and wife,<br><br>              Plaintiffs,<br><br>vs.<br><br>CITY OF LEWISTON LIBRARY BOARD OF TRUSTEES, WAYNE HOLLINGSHEAD, BILL CONE, JAN JOHNSON, and ANDY HANSON, in their individual and professional capacities; CITY OF LEWISTON, a City of the State of Idaho, ALAN NYGAARD, City Manager of the City of Lewiston, in his individual and professional capacity,<br><br>              Defendants. | Case No. 3:20-cv-00119-DCN<br><br>**JUDGMENT** |

Pursuant to Fed. R. Civ. P. 68, it appears by affidavit or otherwise from the records in the above-entitled action that Judgment be entered in favor of the Plaintiffs;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That Judgment be entered in favor of the Plaintiffs and against the Defendants in the sum of $200,000.00 (Two Hundred Thousand Dollars and 00/100); and

2. The Court will entertain a motion for attorney fees and costs with supporting documentation, within 14 days of this Judgment.

DATED: June 12, 2020

David C. Nye
Chief U.S. District Court Judge

JUDGMENT - 1