UNITIED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALEXA ECCLES and JASON ECCLES, husband and wife,<br><br>      Plaintiffs,<br>  v.<br><br>CITY OF LEWISTON LIBRARY BOARD OF TRUSTEES; WAYNE HOLLINGSHEAD, in his individual and official capacity; BILL CONE, in his individual and official capacities; JAN JOHNSON, in her individual and official capacities; ANDY HANSON, in his individual and official capacities; CITY OF LEWISTON, a city of the State of Idaho; and ALAN NYGAARD, in his individual and official capacities,<br><br>      Defendants. | Case No. 3:20-cv-00119-DCN<br><br>**ORDER GRANTING MOTION TO SUPPLEMENT** |

  Pending before the Court is Plaintiffs' Supplemental Motion for Attorney's Fees and Costs ("Supplemental Motion"). Dkt. 20. On January 27, 2021, this Court awarded Plaintiffs $37,507.00 in initial attorney's fees and $3,581.95 in costs ("Fee Award"). Dkt. 19. In the Fee Award, the Court directed Plaintiffs to file a motion to supplement within fourteen days in order to recover the fees incurred in preparing their Reply in support of their initial Motion for Attorney Fees and Costs. *Id*. at 23. Plaintiffs did so and requested

ORDER GRANTING MOTION TO SUPPLEMENT - 1

an additional $2,369.00 in fees. Dkt. 20-1, ¶ 4. Defendants did not file a response to Plaintiffs' Supplemental Motion.

Having reviewed the Supplemental Motion and supporting documents, the Court finds the additional fee request is reasonable. Plaintiffs' attorney spent a total of 5.5 hours, and their paralegal spent a total of 3.7 hours, in drafting, finalizing and filing the Reply brief.[1] The Court has already found an hourly rate of $350.00 for Plaintiffs' counsel, and an hourly rate of $120.00 for their paralegal, to be reasonable. Dkt. 19, at 11. Under the lodestar approach, the hours spent at the aforementioned hourly rates amount to a total of $2,369.00. This amount is a presumptively reasonable fee. *Gonzalez v. City of Maywood*, 729 F.3d 1196, 1202 (9th Cir. 2013).

Plaintiffs have met their burden of establishing the claimed rates and hours spent on the Reply brief are reasonable. *Blum v. Stenson*, 465 U.S. 886, 897 (1984). In the absence of a response, Defendants have not met their burden of rebuttal to challenge the accuracy and reasonableness of the hours charged. *Gates v. Deukmejian*, 987 F.2d 1392, 1397–98 (9th Cir. 1992). The Court accordingly concludes Plaintiffs are entitled to an additional fee award of $2,369.00.

///

///

///

///

---

[1] Plaintiffs' counsel reduced the total amount of hours billed to account for duplicative work. Dkt. 20-1, ¶ 5.

ORDER GRANTING MOTION TO SUPPLEMENT - 2

## IV. ORDER

NOW, THEREFORE, the Court HEREBY ORDERS:

1. The Supplemental Motion (Dkt. 20) is **GRANTED**. Plaintiffs are awarded an additional $2,369.00 in attorney's fees.

DATED: March 8, 2021

_____
David C. Nye
Chief U.S. District Court Judge