CHRISTOPHER J. KERLEY, ISB #4476
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
Phone: (509) 455-5200
Fax:    (509) 455-3632
Email: ckerley@ecl-law.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALEXA ECCLES and JASON ECCLES, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LEWISTON LIBRARY BOARD OF TRUSTEES, WAYNE HOLLINGSHEAD, BILL CONE, JAN JOHNSON, and ANDY HANSON, in their individual and official capacities; CITY OF LEWISTON, a City of the State of Idaho, ALAN NYGAARD, City manager of the City of Lewiston, in his individual and official capacity,<br><br>Defendants. | Case No. 3:20-cv-119- REB<br><br>STIPULATION FOR ORDER OF DISMISSAL |

STIPULATION FOR ORDER OF DISMISSAL - Page 1

After Plaintiffs accepted Defendants' Offer of Judgment, Defendants' liability insurer paid the amount of the judgment to Plaintiffs and a Satisfaction of Judgment was entered reflecting that payment, ECF Doc 17, leafing for later resolution the matter of costs and attorney fees to be awarded to Plaintiffs. The parties have now settled Plaintiff's costs and attorney fee claims.

Accordingly, the parties, through their undersigned attorneys of record, hereby stipulate that this case be dismissed with prejudice.

DATED this 22nd day of March, 2021.

        EVANS, CRAVEN & LACKIE, P.S.

        By  /s/ Christopher J. Kerley
         CHRISTOPHER J. KERLEY, ISB #4476
         Attorneys for Defendants

        OWENS, McCREA & LINSCOTT, PLLC

        By  /s/ April M. Linscott
         APRIL M. LINSCOTT, ISB #7036
         Attorneys for Plaintiffs    OK to file

# CERTIFICATE OF SERVICE

I hereby certify that on March 22nd, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all counsel/parties of record.

EVANS CRAVEN & LACKIE, P.S.

By  *s/ Christopher J. Kerley*
CHRISTOPHER J. KERLEY, ISB #4476
Attorneys for Defendants City of Lewiston Library Board of Trustees, Wayne Hollingshead, Bill Cone, Jan Johnson, Andy Hanson, City of Lewiston, and Alan Nygaard