UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALEXA ECCLES and JASON ECCLES, husband and wife,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>CITY OF LEWISTON LIBRARY BOARD OF TRUSTEES; WAYNE HOLLINGSHEAD, in his individual and official capacity; BILL CONE, in his individual and official capacities; JAN JOHNSON, in her individual and official capacities; ANDY HANSON, in his individual and official capacities; CITY OF LEWISTON, a city of the State of Idaho; and ALAN NYGAARD, in his individual and official capacities,<br><br>　　　　　Defendants. | Case No. 3:20-cv-00119-DCN<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

Pursuant to the Satisfaction of Judgment (Dkt. 17) filed on July 29, 2020, and the

Parties' Stipulation for Order of Dismissal (Dkt. 22) filed on March 22, 2021, this case is

hereby dismissed with prejudice and closed.

DATED: March 23, 2021

_____

David C. Nye
Chief U.S. District Court Judge

ORDER AND JUDGMENT OF DISMISSAL - 1